United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-20312
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JANICE LEA UNDERWOOD,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-CR-547
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Janice Lea Underwood appeals from her guilty-plea conviction

for possession of a firearm by a felon in violation of 18 U.S.C.

§§ 922(g)(1), 924(a)(2).  Underwood argues that 18 U.S.C.

§ 922(g)(1) violates the Second Amendment, the Commerce Clause,

the Tenth Amendment, and the Equal Protection Clause.

     In United States v. Darrington, 351 F.3d 632, 633-35 (5th

Cir. 2003), this court soundly rejected the same arguments that

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Underwood raises.  <u>Darrington</u> is binding on this panel.  <u>See</u>

<u>United States v. Ruff</u>, 984 F.2d 635, 640 (5th Cir. 1993).

AFFIRMED.